

CM/ECF Filed

February 27, 2015

Honorable Laurel Beeler
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom C - 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   Amcor Flexibles, Inc. v. Fresh Express, Inc.
      Case No. 3:14-cv-01025-LB

Dear Magistrate Judge Beeler:

As you know, I represent Defendant, Fresh Express Incorporated in the above named matter.  On February 18, 2015, I CM/ECF filed a letter regarding a personal family emergency, necessitating the request for an extension of time to prepare a response to a discovery dispute in this matter.  [DE 57].  On February 19, 2015, the Court entered an order granting the extension, and requiring Fresh Express Incorporated to provide its response to the discovery dispute by 12:00 p.m., PST, on Monday, March 2, 2015.  [DE 58].  Due to the family matter, I will not return to my office until Thursday, March 5, 2015.  This letter is a request for an additional extension, through Friday, March 6, 2015, to provide Plaintiff, Amcor Flexibles, with Fresh Express Incorporated's response regarding the discovery dispute.

Respectfully submitted,

*Lawrence H. Meuers*

Lawrence H. Meuers
lmeuers@meuerslawfirm.com

/lmr

**GRANTED**
Judge Laurel Beeler

5395 Park Central Court
Naples, Florida 34109

Telephone: (239)513-9191
Facsimile: (239)513-9677

www.producelaw.com



Lawrence H. Meuers *
Steven E. Nurenberg ‡
Steven M. De Falco †

* Also admitted in CA, MN & NY
‡ Also admitted in MI & NY
  Also admitted in IL