United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AMCOR FLEXIBLES, INC., | No. 14-1025 LB |
| Plaintiff, | **ORDER AMENDING CASE MANAGEMENT DEADLINES** |
| v. | |
| FRESH EXPRESS, INC. | |
| Defendant. | |
| _____/ | |

Following the Case Management Conference held on March 27, 2015, the court orders that the following are the new disclosure, filing, and hearing dates for the case:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 8/13/2015 |
| Further Case Management Conference | 8/20/2015 at 11:00 a.m. |
| ADR completion date | 6/30/2015 |
| Non-expert discovery completion date | 5/15/2015 |
| Expert disclosures required by Federal Rules of Civil Procedure | 5/29/2015 |
| Rebuttal expert disclosures | 6/12/2015 |
| Expert discovery completion date | 6/26/2015 |
| Last hearing date for dispositive motions and/or further case management conference | 8/20/2015 at 9:30 a.m. |

CV 14-01025 LB
ORDER

| Meet and confer re pretrial filings | 11/12/2015 |
|---|---|
| Pretrial filings due | 11/20/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 12/4/2015 |
| Final Pretrial Conference | 12/17/2015 at 1:30 p.m. |
| Trial | 1/18/2016 at 8:30 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED**.

Dated: March 31, 2015

_____
LAUREL BEELER
United States Magistrate Judge

CV 14-01025 LB
ORDER                                       2