AMY K. JENSEN (SBN 226589)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

ALAN I. GREENE (*PRO HAC VICE*)
MATTHEW J. O'HARA (*PRO HAC VICE*)
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone:    312-704-3000
Facsimile:    312-704-3001

Attorneys for Plaintiff
AMCOR FLEXIBLES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| AMCOR FLEXIBLES, INC., | Case No. 3:14-cv-01025-LB |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| FRESH EXPRESS, INCORPORATED, | |
| Defendant. | |

**FRESH EXPRESS INCORPORATED, INC.'S
DEPOSITIONS TO BE TAKEN**

| Name | Fresh Express -- Hours | Amcor -- Hours[1] | Court |
|---|---|---|---|
| Mike Mallon | 6 hours | 3 hours | 5 |
| David Bradley | 4 hours | 2 hours | 3 |
| Matt Christian | 2 hours | 1 hour | 1 |

---

[1] Amcor's responses in this column are pursuant to the Court's Order of May 21, 2015 (Dkt. No. 77) and are without waiver of its objections to producing any of these witnesses for depositions after the cut-off for fact witness discovery, in light of the established lack of diligence by Fresh Express and its counsel and the corresponding lack of good cause shown.  These responses are also without prejudice to Amcor's motion for Rule 37(c)(1) discovery sanctions related to fees and expenses incurred related to these witnesses, as well as other Rule 37(c)(1) sanctions it intends to seek.

| | | | |
|---|---|---|---|
| Amy Lynch | 2 hours | Not noticed (*See* Ex. A attached)[2] – 0 hours | 1 |
| Tami Jolicoeur | 2 hours | 1 hour | 1 |
| Randy Murr | 2 hours | 1 hour | 1 |

DATED: May 26, 2015                               HINSHAW & CULBERTSON LLP

*/s/ Matthew J. O'Hara*
MATTHEW J. O'HARA
Attorneys for Plaintiff
AMCOR FLEXIBLES, INC.

Dated: June 1, 2015



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[2] At the May 21, 2015 discovery hearing, the Court indicated it would not allow depositions of Amcor witnesses whose depositions had not already been noticed by Fresh Express. Attached as Exhibit A is the correspondence received on April 29, 2015 (*see* Dkt. No. 76, at 3), from Fresh Express' counsel with attached deposition notices. As indicated in this email, the notices attached were for the depositions of David Bradley, Mike Mallon, Randy Murr, Tami Jolicoeur, and Matt Christian. Amy Lynch's deposition was not noticed by Fresh Express.